# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DANIEL JOHNSTON,**           Case No.    **3:13-CV-046**

    Appellant,

                                         **Judge Timothy S. Black**

**-vs-**

**CITY OF MIDDLETOWN,**

    Appellee.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that an Order of Dismissal (Doc. 4) **DISMISSED** the appeal pursuant to Fed. R. Bank. P. 8001(a) for failure to prosecute and failure to comply with court order; and the case is **CLOSED** from the docket of the Court.

Date: May 9, 2013                                          **JOHN P. HEHMAN, CLERK**

                                                                      By: *s/ M. Rogers*
                                                                       Deputy Clerk